IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BUDDY CASON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JIM SECKINGER, et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 5:84-CV-313 (MTT) |

## ORDER

This matter is before the Court on the Motion to Attach for Contempt (Doc. 1028) filed by Sharon D. Bush, a/k/a Sharon Bush Ellison.

This class-action case, filed by prisoners at various penal institutions in Georgia in 1984, proceeded before now-retired Magistrate Judge Claude W. Hicks, Jr. Judge Hicks terminated the case by an Order dated March 31, 1999 (Doc. 943). However, there was still substantial activity in the case until final judgment was entered on February 25, 2002 (Doc. 1013). Since the entry of final judgment, only a few motions have been filed and denied, one of which was a motion for contempt filed by Ms. Bush, the Movant in this matter. In any event, aside from the current motion, nothing has been filed in this case since 2004.

Because final judgment has been entered and the case closed, the Court **DENIES** the Motion (Doc. 1028). As Ms. Bush was instructed in this Court's Order dated May 9, 2003 (1016), in which the Court denied her previous Motion for Contempt, if she wishes to proceed against any Defendant or against her attorney for violating any of the orders entered in this case, she must file a new lawsuit.

**SO ORDERED**, this the 16th day of August, 2011.

<u>/s/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch